IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br>     vs.<br>MICHAEL D. HANKINS,<br>           Defendant. | No. 1:12-CR-00064 AWI<br><br>ORDER OF RELEASE |

    The above named defendant having been sentenced on a violation of Supervised Release on June 11, 2012 to not less than 90 days at Westcare, followed by continued supervised release through October 5, 2012,

    IT IS HEREBY ORDERED that the defendant shall be released to United States Probation Officer Jiar (J.C.) Hill for immediate transportation to Westcare. A certified Judgment and Commitment order to follow.

DATED: June 11, 2012

                                      /s/ ANTHONY W. ISHII
                                      ANTHONY W. ISHII
                                      UNITED STATES DISTRICT JUDGE