BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:12-cr-00064 AWI |
| Plaintiff, | STIPULATION TO CONTINUE DISPOSITIONAL HEARING; ORDER |
| v. | |
| MICHAEL D. HANKINS, | |
| Defendant, | |

     Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

     1.     By previous order, this matter was set for dispositional hearing on April 29, 2013 at 10:00 a.m.

     2.     By this stipulation, parties now move to continue the dispositional hearing to June 10, 2013 at 10:00 a.m.

     3.     The parties agree and stipulate, and request that the Court find that additional time is needed for the preparation of the dispositional report.  The parties need further time in order to prepare for the hearing once the report has been prepared.  Circumstances beyond the control of the parties necessitate this request.

///

///

1     IT IS SO STIPULATED.

2  DATED: April 25, 2013     /s/ Laurel J. Montoya
3                                    LAUREL J. MONTOYA
                                      Assistant United States Attorney

4  DATED: April 25, 2013     /s/ Jeremy Kroger
                                   JEREMY KROGER
5                                       Attorney for Defendant

7                               O R D E R

8  Date: June 7, 2013

10                                /s/ Anthony W. Ishii
                                   HON. ANTHONY W. ISHII
11                                   UNITED STATES DISTRICT JUDGE